THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE 
 OF SOUTH CAROLINA
 In The Supreme Court

 
 
 
 
 Sammy Brownlee, 
 Petitioner,
 
 
 

v.
 
 
 
 
 State of South 
 Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI 
 

Appeal From Abbeville 
 County
  Larry R. Patterson, Plea Judge
 James W. Johnson, Post-Conviction Judge

Memorandum Opinion No. 
 2004-MO-063
 Submitted October 26, 2004  Filed November 8, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender 
 Tara S. Taggart, of the South Carolina Office of Appellate Defense, 
 of Columbia, for Petitioner.
 Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant 
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General 
 Molly R. Crum, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks 
 a writ of certiorari from an order of the circuit court denying his application 
 for post-conviction relief (PCR) and granting him a belated direct appeal pursuant 
 to White v. State, 263 S.C. 110, 208 S.E.2d 35 (1974).  
We deny the petition as to Question 
 2, but grant the petition for a writ of certiorari as to Question 1 and proceed 
 with a review of the direct appeal issue pursuant to Davis v. State, 
 288 S.C. 290, 342 S.E.2d 60 (1986).
Petitioners counsel has submitted 
 a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 
 18 L.Ed.2d 49(1967) and a petition to be relieved as counsel.  Petitioner has 
 filed a pro se brief.
After careful consideration of the 
 entire record as required by Anders and State v. Williams, 305 
 S.C. 116, 406 S.E.2d 357 (1991), the direct appeal is dismissed pursuant to 
 Rule 220(b)(1), SCACR.  The petition to be relieved as counsel is granted.
DISMISSED.
TOAL, C.J., MOORE, WALLER, BURNETT 
 and PLEICONES, JJ., concur.